WR-83,577-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/14/2015 1:33:32 PM
Accepted 7/15/2015 7:56:45 AM
ABEL ACOSTA
CLERK

NO._____

RECEIVED
COURT OF CRIMINAL APPEALS
7/15/2015
ABEL ACOSTA, CLERK

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

EX PARTE WENDI ANN TILLMAN
Applicant

vs.

THE STATE OF TEXAS
Respondent

ON APPLICATION FOR WRIT OF HABEAS CORPUS
TO THE 368TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY TEXAS
NO.

STATE'S MOTION FOR EXTENSION OF TIME

Jana Duty
District Attorney
Williamson County, Texas

John C. Prezas
State Bar No: 24041722
Assistant District Attorney
405 Martin Luther King, Box 1
Georgetown, Texas  78626
(512) 943-1234
(512) 943-1255 (fax)
jprezas@wilco.org

NOW COMES THE STATE OF TEXAS, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Article 11.07 of the Texas Code of Criminal Procedure and Tex. R. App. Pro. 73.5, to allow the parties additional time to investigate and submit proposed findings of fact and conclusions of law, as well as any supporting affidavits or documentation to the trial court.  In support of its motion, the State would show the Court the following:

1. Wendi Ann Tillman (hereinafter "Applicant") filed an application for a writ of habeas corpus in cause 06-1062-K368 in the 368th Judicial District Court in Williamson County Texas, the trial court, on February 17, 2015.

2. The State filed its answer in that cause on February 27, 2015.

3. The trial court entered an Order Designating Issues on March 3, 2015.

4. Applicant filed her proposed findings of fact and conclusions of law on May 12, 2015.

5. The State recently submitted a motion for additional time to the trial court, seeking an order granting the parties until September 26, 2015, to submit proposed findings of fact and conclusions of law, as well as any supporting affidavits or documentation, on or before July 14, 2015.

6. That proposed due date falls outside of the 180 day time period contemplated by Tex. R. App. Pro. 73.5. Therefore, the State has filed this motion in hopes

that this Court will allow for the additional time it has requested from the trial court to obtain affidavits responsive to the issues designated by the trial court.

7.  The State intends to use the additional time to obtain affidavits from Mr. Greg Terra, Mr. Dario Bargas, and Ms. Amber Hinson, the attorneys who represented applicant at various stages of the case and whom she argues have rendered her ineffective assistance of counsel.

8.  Mr. Prezas has corresponded extensively with Mr. Terra and knows Mr. Terra to be preparing an affidavit currently. Mr. Terra has asked for additional time to do so.

9.  Mr. Prezas has also corresponded with Mr. Bargas who is currently reviewing his file regarding this matter. Mr. Prezas recently learned of Ms. Hinson's involvement and is seeking further information from her as well.

10. Mr. Prezas believes these additional affidavits and additional information will significantly assist the trial court in evaluating applicant's claims and resolving the issues it has designated.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an additional time to provide these affidavits and information related thereto to the trial court and designate some date after September 26, 2015, by which the trial court must provide to this Court its findings of fact and conclusions of law.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

/s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on July 14, 2015, a copy of the foregoing motion has been sent to Appellant by certified mail to Wendi A. Tillman at the following address: William P. Hobby Unit, 742 FM 712, Marlin, TX 76661.

/s/ John C. Prezas
John C. Prezas